UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL HOWARD,<br><br>           Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>           Defendant. | No.  1:24-cv-00429-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO STAY AS MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 19) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. ("FTCA").

Currently before the Court is Plaintiff's motion to stay construed as a motion for extension of time to file a second amended complaint.

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file a second amended complaint.

IT IS SO ORDERED.

Dated:   **September 9, 2024**                                                                 
                                                                                    UNITED STATES MAGISTRATE JUDGE

1