UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL HOWARD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | No. 1:24-cv-00429-SAB (PC)<br><br>ORDER GRANTING, IN PART, PLAINTIFF'S SECOND MOTION TO STAY AS MOTION FOR EXTENSION OF TIME TO FILE A SECOND AMENDED COMPLAINT<br><br>(ECF No. 21) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. ("FTCA").

Currently before the Court is Plaintiff's second motion for a 60-day extension of time to file a second amended complaint.

Based on a review of Plaintiff's motion, the Court finds good cause to grant, in part, Plaintiff's motion. Accordingly, on the basis of good cause, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file a second amended complaint.

IT IS SO ORDERED.

Dated:   **October 10, 2024**

UNITED STATES MAGISTRATE JUDGE

1